# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

KENNETH IZARD

Case Number: 2:03-cr-41-FtM-29SPC
2:03-cr-42-FtM-29DNF
2:03-cr-43-FtM-29DNF

USM Number: 09693-017

Martin DerOvanesian, FPD
1514 Broadway, Suite 301
Fort Myers, FL. 33901

## AMENDED JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge number(s) One, Two, Four, Five, Six, Seven & Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Alleged new criminal conduct, Worthless Check, while on supervision in violation of the conditions of supervision | November 8, 2008 |
| Two | Alleged new criminal conduct, Worthless Check, while on supervision in violation of the conditions of supervision | November 10, 2008 |
| Four | Alleged new criminal conduct, Fraud, while on supervision in violation of the conditions of supervision | November, 2008 |
| Five | Failure to submit written monthly reports in violation of Condition No. Two of the Standard Conditions of Supervision | December 5, 2008 |
| Six | Failure to follow the instructions of the probation officer in violation of Condition No. Three of the Standard Conditions of Supervision | November 19, 2008 |
| Seven | Failure to report to Probation as directed in violation of Condition No. Two of the Standard Conditions of Supervision | December 1, 2008 |
| Eight | Failure to notify Probation within 72 hours of any change in residence or employment in violation of Condition No. Six of the Standard Conditions of Supervision | November 1, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation No. Three is dismissed by the Court upon motion of the United States.**

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/19/2009

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October 2?, 2009

KENNETH IZARD
2:03-cr-41-FtM-29SPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.

**The Court recommends to the Bureau of Prisons:**

1  Incarceration in a facility close to home (Bradenton, FL.)

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED